**Order entered February 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01506-CV

## CITY OF DALLAS, Appellant

### V.

## MATTHEW A. LAMB, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05319**

## ORDER

Before the Court are appellant's February 22, 2017 unopposed motion for withdrawal and substitution of counsel and second unopposed motion to extend time to file appellant's brief.

We **GRANT** appellant's motion to withdraw and substitute counsel. The Clerk of the Court is **DIRECTED** to **REMOVE** Julie B. Essenburg as appellant's counsel and **SUBSTITUTE** Jennifer Carter Huggard in her place. The Clerk of the Court is further **DIRECTED** to designate Barbara E. Rosenberg as lead counsel for appellant.

We **GRANT** appellant's unopposed second motion to extend time to file appellant's brief. Appellant's brief shall be filed by April 5, 2017. We caution appellant that further requests for extension of time in this accelerated appeal will be disfavored.

/s/      ELIZABETH LANG-MIERS
         JUSTICE